CR96C AO 470 (Rev. 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

EASTERN District of VIRGINIA

FILED IN OPEN COURT
APR 10 2025
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| UNITED STATES OF AMERICA | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|
| V. | Case No. 4:25cr22 |

Isaiah Luke Hood

**Defendant**

Upon motion of the _____ United States _____ detention hearing is set for __4/14/25__ * at __2:00 pm__
　　　　　　　　　　　　　　　　Date　　　　　　　　　　　　　　　　　　　Time

before _____ United States Magistrate Judge Miller _____
　　　　　　　　　　　　　　　　Name of Judicial Officer

_____ Newport News, Virginia _____
　　　　　　　　　　　　　　　　Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) _____ Other Custodial Official _____

Date: __4/10/25__　　　　　　　　　　　　　　　　　__/s/__
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Judge

　　If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

　　A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.