# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**SEALED** *ORIGINAL*

United States of America
v.

Isaiah Luke Hood
a/k/a "Bristol"
a/k/a "Wyatt"
a/k/a "Levi"

*Defendant*

Case No. 4:25cr22

FID: 11790254

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Isaiah Luke Hood a/k/a "Bristol" a/k/a "Wyatt" a/k/a "Levi",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Original Offense: T.18:2251(a) - Production of Child Pornography

Date: 04/09/2025

*Issuing officer's signature*

City and state: Newport News, VA

Douglas E. Miller, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 9 Apr 25, and the person was arrested on *(date)* 10 Apr 25
at *(city and state)* JBLE, Eustis VA 23604.

Date: 10 Apr 25

*Arresting officer's signature*

SA Daniel Lucy, Special Agent DACID
*Printed name and title*